No. 84–1023. UNITED STATES v. ROJAS-CONTRERAS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–801. MIDLANTIC NATIONAL BANK v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and

No. 84–805. O'NEILL, TRUSTEE IN BANKRUPTCY OF QUANTA RESOURCES CORP., DEBTOR v. CITY OF NEW YORK ET AL.; and O'NEILL, TRUSTEE IN BANKRUPTCY OF QUANTA RESOURCES CORP., DEBTOR v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION. C. A. 3d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: No. 84–801 and No. 84–805 (second case), 739 F. 2d 927; No. 84–805 (first case), 739 F. 2d 912.

No. 84–5872. DANIELS v. WILLIAMS. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–1796. ALABAMA v. GANNAWAY. Sup. Ct. Ala. Certiorari denied.

No. 83–7028. BEAM v. HAHALYAK. C. A. 3d Cir. Certiorari denied.

No. 84–56. CAZALAS v. UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–129. REAVIS & MCGRATH v. ANTINORE ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–307. SOUTHERN BANCORPORATION, INC. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–316. KALISH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–425. MARYLAND v. MOON. Ct. App. Md. Certiorari denied.